UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA ARANA, *et al*.<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al*.<br><br>        Defendants. | Case No. 1:22-cv-01264-JLT-CDB<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE<br><br>(Doc. 18) |

Pending before the Court is the parties' stipulation, filed January 25, 2023, in which the parties request a 60-day continuance of the scheduling conference. (Doc. 18). Based on the parties' representations in the stipulation, the availability of the Court, and for good cause appearing, the Court ORDERS that the Scheduling Conference set for February 2, 2023, at 9:00 a.m. be continued to April 3, 2023, at 9:00 a.m. The parties are reminded of their obligation to file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated:    **January 26, 2023**                                   _____
                                                                                    UNITED STATES MAGISTRATE JUDGE